# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-774 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's May 21, 2019 Order, Plaintiff American Oversight and Defendants United States Department of Justice ("DOJ"), United States Department of State ("DOS"), United States Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF"), United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), United States Immigration and Customs Enforcement ("ICE"), and United States Citizenship and Immigration Services ("USCIS") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

DOJ reports that its search for responsive records is expected to be complete by early September.  DOJ notes, however, that the parties are continuing to confer about the custodians for the search and significant changes to the custodians could impact the search completion date. Plaintiff's position is that the parties' negotiation concerning the number of custodians should be immaterial here, where the FOIA request was filed in August 2018 and DOJ proposes completing its search in September of 2019. Plaintiff notes, however, that the parties are continuing to confer about the timeline for the search and if DOJ makes a significant change to its proposal to complete

its search 13 months after receiving the request, Plaintiff will need to evaluate whether to seek relief from the Court.

DOS reports that its search for responsive records is ongoing but that it will make an initial production of non-exempt, responsive records by July 10, 2019. DOS is working to finalize its schedule for rolling productions.

HHS reports that it has completed its search for responsive records and has narrowed the set of collected records according to proposals by Plaintiff. There are now approximately 570 pages of potentially responsive records to process. HHS intends to release all non-exempt, responsive portions of those records by August 28, 2019.

ACF reports that it has completed its search for responsive records and is conferring with Plaintiff about narrowing the set of collected records. ACF intends to process 300 pages of records per month and release non-exempt, responsive records on a monthly basis with the first production to occur on July 17, 2019. Plaintiff is evaluating this proposal as the parties continue to confer regarding the universe of potentially responsive records.

DHS reports that it has gathered potentially responsive records and is conducting an initial review of the records for responsiveness and to eliminate duplicates. DHS estimates that this process will be complete by mid-August, after which DHS will begin processing the non-exempt portions of the responsive records for production and will confer with Plaintiff about a production schedule at that time.

CBP reports that it has completed its search for responsive records and has collected approximately 3,250-3,500 pages of potentially responsive records. CBP intends to soon begin rolling productions with all non-exempt, responsive records released by approximately July 2020. CBP has just provided this information to Plaintiff, which reflects an update of the agency's prior

estimate that it would complete processing potentially responsive records within four months. Plaintiff is evaluating this information and proposed processing schedule.

ICE reports that it is continuing its search for responsive records and expects the search to be complete in the next three weeks. After the search is complete, ICE will confer with Plaintiff about a production schedule for any non-exempt, responsive records.

USCIS reports that it is continuing its search for responsive records and expects to release all non-exempt, responsive records by November 2019. Plaintiff has requested a page count for the total number of potentially responsive records to be processed so that it can fully consider USCIS's proposed processing schedule.

The parties propose that they file another joint status report by July 30, 2019.

Respectfully submitted,

*/s/ Sara Kaiser Creighton*
Sara Kaiser Creighton
D.C. Bar No. 1002367

*/s/ Katherine M. Anthony*
Katherine M. Anthony
MA Bar No. 685150
(Admitted *pro hac vice*)

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
sara.creighton@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Joshua Kolsky*
JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*